UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ESTATE OF THEODORE LIPIN, ET AL.,         :
                                          :   08 Civ. 6323 (WHP)
                    Plaintiffs,           :
                                          :   ORDER
    -against-                             :
                                          :
JOAN C. LIPIN,                            :
                                          :
                    Defendant.            :
----------------------------------------X

WILLIAM H. PAULEY III, District Judge:

   Defendant having no apparent basis for removing the action from New York State Supreme Court, the action is dismissed for lack for subject matter jurisdiction.

Dated: July 23, 2008
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Copies mailed to:*

Ronald Busloff, Esq.
Allegaert Berger & Vogel LLP
111 Broadway, 20th Floor
New York, NY 10006
*Counsel for Plaintiffs*

Joan C. Lipin
45 East 89th Street, Apt. 14G
New York, NY 10128
*Defendant Pro Se*