# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # _____

----------------------------------------------------------------

Lipin et al

USCA NO. _____

SDNY NO. __08cv06323__
JUDGE: ____WHP____
DATE: __9 / 2 / 2008__

-v-

Lipin

----------------------------------------------------------------

*[Stamp: U.S. DISTRICT COURT FILED SEP 02 2008 S.D. OF N.Y.]*

### INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____Nezam D._____
           FIRM _____APPEALS SECTION_____
       ADDRESS  UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
                500 PEARL STREET, NEW YORK, NEW YORK 10007
       PHONE NO. _____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES ----------------------------------------------

DOCUMENTS                                                              DOC#

_____
                        Clerk's Certificate
_____
                  See Attached List of Numbered Documents
_____
                     Only Circled Documents Included
_____

( √ ) Original Record                                ( ___ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the ___2ⁿᵈ___ Day of _September_, 2008.

**United States District Court for
the Southern District of New York**

-------------------------------------------------------

Lipin et al

-V-

Lipin

-------------------------------------------------

Date: ___9/2/2008___

U.S.C.A. # _____

U.S.D.C. # __08cv6323__

D.C. JUDGE __WHP__

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __3__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**             **Document Description**

_____
_____
_____
_____
_____
_____
_____
_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __2nd__ Day of __September__ In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233rd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-06323-WHP
### Internal Use Only

Lipin et al v. Lipin
Assigned to: Judge William H. Pauley, III
Demand: $9,999,000
Case in other court: Supreme Court-County of New York, 08-109305
Cause: 28:1441 Notice of Removal

Date Filed: 07/14/2008
Date Terminated: 07/25/2008
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/2008 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 109305-08. (Filing Fee $ 350.00, Receipt Number 656664).Document filed by Joan C. Lipin.(mbe) (Entered: 07/16/2008) |
| 07/14/2008 | | Magistrate Judge Ronald L. Ellis is so designated. (mbe) (Entered: 07/16/2008) |
| 07/25/2008 | 2 | ORDER: Defendant having no apparent basis for removing the action from New York State Supreme Court, the action is dismissed for lack for subject matter jurisdiction. (Signed by Judge William H. Pauley, III on 7/23/2008) Copies Mailed By Chambers.(jpo) (Entered: 07/25/2008) |
| 08/21/2008 | 3 | NOTICE OF APPEAL from 2 Order of Dismissal. Document filed by Joan C. Lipin. Filing fee $ 455.00, receipt number E 661250. Copies of Notice of Appeal mailed to attorney(s) of record: Allegaert Berger & Vogel LLP. (nd) (Entered: 08/28/2008) |
| 08/28/2008 | | Transmission of Notice of Appeal to the District Judge re: 3 Notice of Appeal. (nd) (Entered: 08/28/2008) |
| 08/28/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 3 Notice of Appeal. (nd) (Entered: 08/28/2008) |